

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-20-00077-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Suzanne L. **SMITH** and Claudia Acevedo,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19949 2018CI22682
Honorable Larry Noll, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended to March 30, 2020.

It is so **ORDERED** on March 11, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court